UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILI SCHAD, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>HARBINGER CAPITAL PARTNERS LLC, HARBINGER HOLDINGS, LLC and PHILIP A. FALCONE,<br><br>       Defendants. | Case No. 1:12-cv-01244-AJN |

**NOTICE OF MOTION OF THE PLAINTIFF FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)**

PLEASE TAKE NOTICE that Plaintiff Lili Schad, on behalf of herself and all others similarly situated, by her counsel, will move this Court on a date and time as may be designated by the Court, at 500 Pearl Street, New York, New York, for an order appointing Zamansky & Associates LLC and Girard Gibbs LLP as interim class counsel.  In support of this Motion, Plaintiff submits a memorandum of law and the declarations of Jacob H. Zamansky and Daniel C. Girard.  Plaintiff further submits a proposed order to the clerk of court pursuant to Local Civil Rule 77.1.

DATED:  March 19, 2012

Respectfully submitted,

**GIRARD GIBBS LLP**

By:    /s/*Daniel C. Girard*
      Daniel C. Girard

Amanda M. Steiner
Dena C. Sharp
Gabriel Bluestone
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

1

**ZAMANSKY & ASSOCIATES LLC**

By: ___/s/*Jake H. Zamansky* (with permission)___
       Jacob H. Zamansky

Edward H. Glenn, Jr.
Kevin D. Galbraith
50 Broadway, 32nd Floor
New York, New York 10004
Telephone: (212) 743-1414
Facsimile:  (212) 742-1177

Attorneys for Individual and Representative
Plaintiff Lili Schad