UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILI SCHAD, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>       vs.<br><br>HARBINGER CAPITAL PARTNERS LLC, HARBINGER HOLDINGS, LLC and PHILIP A. FALCONE,<br><br>            Defendants. | Case No. 1:12-cv-01244-AJN |

**CERTIFICATE OF SERVICE**

I, Daniel C. Girard, hereby certify that on March 19, 2012, I caused the following document(s) to be filed electronically with the United States District Court for the Southern District of New York through the Court's mandated ECF service:

1. **NOTICE OF MOTION OF THE PLAINTIFF FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g);**

2. **MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g);**

3. **DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g);**

4. **DECLARATION OF JACOB H. ZAMANSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g); and**

5. **CERTIFICATE OF SERVICE.**

Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2012 at San Francisco, California.

                                                                         /s/*Daniel C. Girard*
                                                                            Daniel C. Girard