# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HARBINGER CAPITAL PARTNERS FUNDS INVESTOR LITIGATION | Case No. 1:12-cv-01244-AJN |

## NOTICE OF WITHDRAWAL AND PROPOSED ORDER

PLEASE TAKE NOTICE that, subject to the approval of this Court, Stewarts Law US LLP, 535 Fifth Avenue, Fourth Floor, New York, NY 10007, and its attorneys appearing in the above-captioned matter, hereby withdraw as counsel for Lili Schad, Anil Bhardwaj, The Edward M. Armfield Sr. Foundation Inc., Dr. Randall Lang, and the Klein Family Partnership LP ("Plaintiffs"), effective as of the date indicated below.

Attached is an affidavit of withdrawing counsel in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York explaining that the attorneys listed for Stewarts Law are leaving the firm and the Plaintiffs will continue to be represented by counsel who are members of the bar of this Court.

Dated:  May 10, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2013

9500-1

Respectfully submitted,

**STEWARTS LAW US LLP**


By:*/s/ Ralph N. Sianni*
    Ralph N. Sianni
    Michele S. Carino
    535 Fifth Avenue, 4th Floor
    New York, NY  10017
    Tel.: (212) 897-3730
    Fax: (212) 897-3733
    *rsianni@stewartslaw.com*
    **Additional Counsel for Plaintiffs**

**ZAMANSKY & ASSOCIATES LLC**
Jacob H. Zamansky
Edward H. Glenn, Jr.
Kevin D. Galbraith
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177
*jake@zamansky.com*
**Interim Lead Counsel**

SO ORDERED

U.S.D.J.

5/13/13

9500-1

TO:

Jacob H. Zamansky
Kevin Galbraith
Edward H. Glenn
Zamansky & Associates LLC
50 Broadway
32nd Floor
New York, NY 10004

Daniel C. Girard
Amanda M. Steiner
Dena C. Sharp
Gabriel T. Bluestone
Girard Gibbs, LLP
601 California Street, 14th Floor
San Francisco, CA 94108

Daniel J. Leffell
Leslie G. Fagan
Leslie Gordon
Steven C. Herzog
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Gregory P. Joseph
Pamela H. Jarvis
Rachel M. Cherington
Gregory P. Joseph Law Office LLC
485 Lexington Avenue
New York, NY 10017

Gregory A. Clarick
Isaac B. Zaur
Nicole L. Gueron
Clarick Gueron Reisbaum LLP
40 West 25th Street
New York, NY 10010

9500-1

Nina M. Beattie
Jessica R. Holloway
Brune & Richard LLP
One Battery Park Plaza
New York, NY 10004

Lili Schad, Anil Bhardwaj, The Edward M. Armfield Sr. Foundation Inc.,
Dr. Randall Lang, and the Klein Family Partnership LP
c/o Jacob H. Zamansky
50 Broadway
32nd Floor
New York, NY 10004

9500-1