

**ZAMANSKY LLC**
*Attorneys at Law*
50 Broadway - 32nd Floor
New York, New York 10004
Telephone (212) 742-1414
Facsimile (212) 742-1177
E-Mail: Jake@Zamansky.com
Website: www.Zamansky.com

Jacob H. Zamansky
Edward H. Glenn, Jr.
Samuel Bonderoff
August M. Iorio

October 4, 2013

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      RE: *In re Harbinger Capital Partners Funds Investor Litigation*,
            Case No. 1:12-cv-01244-AJN

Dear Judge Nathan:

    My firm Zamansky & Associates LLC has been appointed as interim class counsel by this Court in the above-entitled action. Pursuant to the Court's September 30, 2013 Memorandum and Order, I write to confirm that Plaintiffs will file a Fifth Amended Complaint on October 14, 2013. Plaintiffs also intend to maintain this action against Harbinger Capital Partner Special Situations Offshore GP, on whose behalf counsel for Defendants Philip A. Falcone and Harbinger Capital Partners, LLC has agreed to accept service.

                                        Respectfully submitted,

                                          Jacob H. Zamansky

cc: All Counsel of record