**CLARICK**
**GUERON**
**REISBAUM** LLP

NICOLE GUERON
212 633 4312
NGUERON@CGR-LAW.COM

**BY ECF**

November 8, 2013

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>In re Harbinger Capital Partners Fund Investor Litigation</u>, 12-cv-1244-AJN

Dear Judge Nathan:

We represent Harbinger Capital Partners Fund I, LP ("Fund I"), Harbinger Capital Partners Fund II, LP ("Fund II"), Harbinger Capital Partners Special Situations Fund, LP ("SSF"), and Harbinger Capital Partners Special Situations Offshore Fund, LP ("SSOF").

Pursuant to Section 3(E) of Your Honor's individual practices in civil cases, we write to request that oral argument be held on the motion for reconsideration we have filed on behalf of Fund II.

Respectfully submitted,

Nicole Gueron

cc:
Counsel of Record (ECF)