**BRUNE & RICHARD** LLP

Tel 212 668 1900
Fax 212 668 0315

One Battery Park Plaza
New York, NY 10004

www.bruneandrichard.com

November 27, 2013

**BY ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re Harbinger Capital Partners Fund Investor Litigation*, 12-cv-1244-AJN

Dear Judge Nathan:

      We represent Harbinger Capital Partners Offshore Fund I, Ltd. ("Offshore Fund I"), Harbinger Capital Partners Offshore Fund II, Ltd. ("Offshore Fund II"), and Harbinger Capital Partners Master Fund I, Ltd. (the "Master Fund") (together, the "LTD Nominal Defendants"). All three funds are Cayman Island exempted companies that were named as nominal defendants in Plaintiff's Fourth Amended Verified Class Action Complaint ("4AC"). We write regarding Your Honor's September 30, 2013 Memorandum and Order granting the LTD Nominal Defendants' motion to dismiss the derivative claims purportedly brought on their behalf.

      Offshore Fund I, Offshore Fund II, and the Master Fund moved to dismiss any and all derivative claims purportedly brought on their behalf in the 4AC. Your Honor's September 30, 2013 Order dismissed Count V of the 4AC with prejudice, and with it all derivative claims purportedly brought on behalf of the LTD Nominal Defendants.[1] (Order at 42.) Consistent with that Order, neither Plaintiffs' Fifth nor Sixth Amended Verified Class Action Complaints purport to bring any claims on behalf of any of the LTD Nominal Defendants.

      Accordingly, the LTD Nominal Defendants are no longer parties to this action. Nevertheless, they remain listed as parties on the docket. For the avoidance of any doubt, and for the clarity of the record, we respectfully request that Your Honor direct the clerk of the court to indicate that each of the LTD Nominal Defendants was terminated as a party on September 30, 2013, and that we be removed from the docket in order to discontinue receipt of the ECF

---

[1] The Court also observed in that Order that although Offshore Fund II was listed as a nominal defendant in the 4AC, plaintiffs did not in fact bring any derivative claims on behalf of Offshore Fund II (Order at 31, n.7).

Honorable Alison J. Nathan
November 27, 2013
Page 2

notifications. We have conferred with counsel for the Plaintiffs, and they have no objection to this request.

                                              Respectfully,

                                              Nina M. Beattie

cc:    Counsel of Record (ECF)