JOSEPH HAGE AARONSON LLC

485 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
(212) 407-1200
WWW.JHA.COM

PAMELA JARVIS
DIRECT DIAL: (212) 407-1250
DIRECT FAX: (212) 407-1278
EMAIL: pjarvis@jhany.com

FACSIMILE
(212) 407-1299

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 3 2014

February 28, 2014

**By ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *In re Harbinger Capital Partners Funds Investor Litigation*, 12-cv-1244-AJN

Dear Judge Nathan:

We represent Harbert Fund Advisors, Inc. ("HFA") and Harbert Management Corp. ("HMC"), who have been terminated as defendants in the above-captioned action. We write to ask Your Honor to direct the Clerk of the Court to remove our firm from the ECF notification list.

HFA and HMC were named as defendants in plaintiffs' First Amended Complaint (Dkt. 33). Plaintiffs' December 5, 2012 Fourth Amended Complaint (Dkt. 89) did not purport to bring any claims against HFA, so HFA was terminated as a party at that time. HMC was terminated as a party on November 20, 2013, when Your Honor so-ordered the Stipulation of Voluntary Dismissal Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) (Dkt. 151).

Accordingly, we respectfully ask Your Honor to direct the Clerk of the Court to discontinue sending us ECF notifications in this action.

Respectfully submitted,

Pamela Jarvis

cc:   Counsel of Record (ECF)

*[Handwritten annotation:]* The Clerk is requested to remove Harbert from all ECF distributions in this action.

SO ORDERED: 3/3/14

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE