```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 1 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
 :
 :                                              12 Civ. 1244 (AJN)
 :
IN RE HARBINGER CAPITAL PARTNERS FUNDS   :
INVESTOR LITIGATION                      :      ORDER
 :
 :
 :
 :
------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

   Oral argument on Plaintiffs' motion for reconsideration (Dkt. No. 177) is hereby set for Friday, April 18, 2014, at 11:00 AM, in courtroom 906 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

   SO ORDERED.

Dated: April ___11___, 2014
       New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge

1