**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K GARRISON (1946-1991)<br>RANDOLPH E PAUL (1946-1956)<br>SIMON H RIFKIND (1950-1995)<br>LOUIS S WEISS (1927 1950)<br>JOHN F WHARTON (1927-1977) | UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA<br>NO 7 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT<br>BEIJING 100020<br>PEOPLE S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828 6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU U K<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU TOKYO 100-00'1 JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST SUITE 3100<br>PO BOX 226<br>TORONTO ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>2001 K STREET NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON DE 19899-0032<br>TELEPHONE (302) 655-4410 |

WRITER'S DIRECT DIAL NUMBER
**212-373-3218**
WRITER S DIRECT FACSIMILE
**212-492-0218**
WRITER S DIRECT E-MAIL ADDRESS
**dleffell@paulweiss.com**

MATTHEW W ABBOTT, ALLAN J ARFFA, ROBERT A ATKINS, DAVID J BALL, JOHN F BAUGHMAN, LYNN B BAYARD, DANIEL J BELLER, CRAIG A BENSON, MITCHELL L BERG, MARK S BERGMAN, BRUCE BIRENBOIM, H CHRISTOPHER BOEHNING, ANGELO BONVINO, JAMES L BROCHIN, RICHARD J BRONSTEIN, DAVID W BROWN, SUSANNA M BUERGEL, PATRICK S CAMPBELL*, JESSICA S CAREY, JEANETTE K CHAN, YVONNE Y F CHAN, LEWIS R CLAYTON, JAY COHEN, KELLEY A CORNISH, CHRISTOPHER J CUMMINGS, CHARLES E DAVIDOW, DOUGLAS R DAVIS, THOMAS V DE LA BASTIDE III, ARIEL J DECKELBAUM, ALICE BELISLE EATON, ANDREW J EHRLICH, GREGORY A EZRING, LESLIE GORDON FAGEN, MARC FALCONE, ROSS A FIELDSTON, ANDREW C FINCH, BRAD J FINKELSTEIN, BRIAN P FINNEGAN, ROBERTO FINZI, PETER E FISCH, ROBERT C FLEDER, MARTIN FLUMENBAUM, ANDREW J FOLEY, HARRIS B FREIDUS, MANUEL S FREY, ANDREW L GAINES, KENNETH A GALLO, MICHAEL E GERTZMAN, PAUL D GINSBERG, ADAM M GIVERTZ, SALVATORE GOGLIORMELLA, ROBERT D GOLDBAUM, NEIL GOLDMAN, ERIC S GOLDSTEIN, ERIC GOODISON, CHARLES H GOOGE, JR, ANDREW G GORDON, UDI GROFMAN, NICHOLAS GROOMBRIDGE, BRUCE A GUTENPLAN, GAINES GWATHMEY, III, ALAN S HALPERIN, JUSTIN G HAMILL, CLAUDIA HAMMERMAN, GERARD E HARPER, BRIAN S HERMANN, ROBERT M HIRSH, MICHELE HIRSHMAN, MICHAEL S HONG, DAVID S HUNTINGTON, LORETTA A IPPOLITO, JAREN E JANGHORBANI

MEREDITH J KANE, ROBERTA A KAPLAN, BRAD S KARP, PATRICK N KARSNITZ, JOHN C KENNEDY, ALAN W KORNBERG, DANIEL J KRAMER, DAVID K LAKHDHIR, STEPHEN P LAMB*, JOHN E LANGE, DANIEL J LEFFELL, XIAOYU GREG LIU, JEFFREY D MARELL, MARCO V MASOTTI, EDWIN S MAYNARD, DAVID W MAYO, ELIZABETH R McCOLM, MARK F MENDELSOHN, WILLIAM B MICHAEL, TOBY S MYERSON, CATHERINE NYARADY, JANE B O'BRIEN, ALEX YOUNG K OH, BRAD R OKUN, KELLEY D PARKER, MARC E PERLMUTTER, VALERIE E RADWANER, CARL L REISNER, WALTER G RICCIARDI, WALTER RIEMAN, RICHARD A ROSEN, ANDREW N ROSENBERG, JACQUELINE P RUBIN, RAPHAEL M RUSSO, JEFFREY D SAFERSTEIN, JEFFREY B SAMUELS, DALE M SARRO, TERRY E SCHIMEK, KENNETH M SCHNEIDER, ROBERT B SCHUMER, JAMES H SCHWAB, JOHN M SCOTT, STEPHEN J SHIMSHAK, DAVID R SICULAR, MOSES SILVERMAN, STEVEN SIMKIN, JOSEPH J SIMONS, MARILYN SOBEL, AUDRA J SOLOWAY, SCOTT M SONTAG, TARUN M STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, ROBYN F TARNOFSKY, MONICA K THURMOND, DANIEL J TOAL, LIZA M VELAZQUEZ, MARIA T VULLO, ALEXANDRA M WALSH*, LAWRENCE G WEE, THEODORE V WELLS, JR, BETH A WILKINSON, STEVEN J WILLIAMS, LAWRENCE I WITDORCHIC, MARK B WLAZLO, JULIA MASON WOOD, JORDAN E YARETT, KAYE N YOSHINO, TONG YU, TRACEY A ZACCONE, T ROBERT ZOCHOWSKI JR

*NOT ADMITTED TO THE NEW YORK BAR

January 24, 2014

**By E-Mail**

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

   *In re Harbinger Capital Partners Funds Investor Litigation*, No. 12 Civ. 1244 (AJN)

Dear Judge Nathan:

   This firm represents the Harbinger Defendants in the above-referenced action. Yesterday, pursuant to Your Honor's Individual Practice Rule 3(D), we submitted two courtesy copies of motion papers related to the Harbinger Defendants' Motion to Dismiss the Sixth Amended Complaint.  In accordance with Your Honor's Individual Practice Rule 3(E), the Harbinger Defendants hereby request oral argument in connection with their motion to dismiss.

        Respectfully submitted,

        *Daniel J. Leffell / EAK*
        Daniel J. Leffell

cc:  All counsel of record