**MANDATE**

N.Y.S.D. Case #
12-cv-1244(AJN)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand and fifteen.

_____

Lili Schad, *et al.,*

Plaintiffs-Appellants,

v.

Harbinger Holdings, LLC, *et al.,*

Defendants-Appellees.

_____

**ORDER**
Docket No. 15-1429

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:**      _____
**DATE FILED:** July 21, 2015      _____

Appellants move to withdraw their appeal pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/21/2015**